UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-20587-UU

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, an individual, subscriber assigned
IP address 174.61.37.35,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal. D.E. 8 (the "NOVD"). The Court has reviewed the NOVD and the pertinent portions of the record and is otherwise fully advised in the premises. On February 28, 2021, Plaintiff filed the NOVD, informing the Court that it dismisses this action without prejudice. *Id.*; D.E. 9. Accordingly, it is hereby

ORDERED AND ADJUDGED that all claims in this action are DISMISSED WITHOUT PREJUDICE. The Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of March, 2021.

                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

cc:  all counsel of record via cm/ecf